IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:19-cv-505 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JENNIFER CALDWELL, ) | |
| 605 Tremont Road ) | |
| Southern Pines, NC 28388 ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect unpaid assessments of federal income taxes and statutory additions made against Jennifer Caldwell.

## JURISDICTION AND VENUE

1. 28 U.S.C. §§ 1331, 1340 and 1345, as well as 26 U.S.C. § 7402(a) grant the Court jurisdiction over this action.

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1396 because the defendant resides and the tax liabilities accrued within this district.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant is Jennifer Caldwell, who resides at 605 Tremont Road, Southern Pines, North Carolina, within this judicial district.

**COUNT I – REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT**

5. The United States incorporates by reference the allegations set forth in the paragraphs above.

6. A delegate of the Secretary of the Treasury of the United States properly and timely assessed federal income taxes, penalties, and statutory interest against Caldwell for the following periods and on the following dates in the amounts set forth below:

| Tax Type | Tax Period Ending | Assessment Date | Original Assessment | Balance due as of Mar. 15, 2019 |
|---|---|---|---|---|
| Income – Form 1040 | 12/31/2008 | 5/18/2009 | $168,391.40 | $298,030.24 |
| Income – Form 1040 | 12/31/2011 | 4/27/2015 | $2,977.35 | $7,865.55 |
| Income – Form 1040 | 12/31/2014 | 11/23/2015 | $288,518.00 | $417,194.99 |
| | | | **Total:** | **$723,090.78** |

7. Timely notices and demands for payment of the assessments described above were given to Caldwell.

8. Despite notice and demand for payment of the assessments described above, Caldwell has neglected or refused to fully pay the assessments.

9. Statutory additions and penalties, interest, and costs will continue to accrue on the unpaid balance of the assessments described above from March 15, 2019, until they are paid in full.

10. By reason of the foregoing tax assessments, Caldwell is indebted to the United States for federal income tax, interest, and penalties in the total amount of $723,090.78 as of March 15, 2019, plus interest and costs that have accrued after that date and will continue to accrue according to law.

WHEREFORE, the United States of America respectfully prays for judgment in as follows:

    A.    That the Court render judgment in favor of the United States and against Jennifer Caldwell in the amount of $723,090.78 as of March 15, 2019, together with interest and statutory additions accruing thereafter according to law until paid;

    B.    That the Court award the United States its costs incurred in prosecuting this action; and

    C.    That the Court grants the United States such other relief as it deems just and proper.

Date: May 14, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Kyle L. Bishop*
KYLE L. BISHOP
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-1878 (v)
202-514-6866 (f)
Kyle.L.Bishop@usdoj.gov

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Jennifer Caldwell

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Moore
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Kyle L. Bishop, U.S. Dept. of Justice - Tax Division
Ben Franklin Station, PO Box 227, Washington, DC 20044
Phone: 202-616-1878    Email: Kyle.L.Bishop@usdoj.gov

Attorneys *(If Known)*
Kevin Ryan, Ryan Morton & Imms LLC
220 W. Gay St., West Chester, PA 19380
Phone: 610-430-1428    Email: KRyan@rmlaw.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  |  | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |  | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
|  |  |  |  | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  |  | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 6502
Brief description of cause:
Suit to collect outstanding federal income tax liabilities

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 723,090.78
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: 05/14/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/

FOR OFFICE USE ONLY

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

Case 1:19-cv-00505   Document 1-1   Filed 05/14/19   Page 1 of 1